1

**The Honorable Robert S. Lasnik**

2

3

4

5

6

7

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

8

9

10

UNITED STATES OF AMERICA,

NO.  2:17-mc-0138-RSL

11

Plaintiff,

(2:99-CR-0143-6)

12

vs.

**Order Terminating**
**Garnishment Proceeding**

13

JOSEPH BUCHL,

14

Defendant/Judgment Debtor,

15

and

16

LINDA SIMMS,

17

Garnishee.

18

19      This matter came before the Court on the United States' Application to

20 Terminate Garnishment Proceeding.  For the reasons stated in the United

21 States' Application, the Court concludes that this Garnishment should be

22

23 terminated, pursuant to 28 U.S.C. § 3205(c)(10)(A).

24      IT IS ORDERED that the garnishment is terminated and that Linda

25 Simms is relieved of further responsibility pursuant to this garnishment.

26 //

27

28

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

Dated this 19th day of December, 2017.

Robert S. Lasnik
United States District Judge

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA # 34609
Assistant United States Attorney

**ORDER TERMINATING GARNISHMENT PROCEEDING**
*(USA v. Joseph Buchl and Linda Simms,* USDC#: 2:17-mc-0138-RSL/2:99-CR-0143-6) - 2

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970